# Exhibit 3

| US10705694B2 | Louper's Presentation Rooms ("The accused product") |
|---|---|
| 1. A computer-implemented method for interactive delivery, by a processor of a pre stored electronic presentation of a predetermined duration, to user computers associated with a plurality of users, the user computers each including an information display, the user computers coupled to the processor by a computer network, the method comprising the steps of: | The method discloses a computer-implemented method for interactive delivery, by a processor of a pre stored electronic presentation (i.e., uploaded video files) of a predetermined duration, to user computers associated with a plurality of users (i.e., clients or collaborators or participants), the user computers each including an information display, the user computers coupled to the processor by a computer network, the method comprising the steps of:<br><br>As shown below, the uploaded video files (i.e., pre stored electronic presentation) can be watched by clients or collaborators (i.e., plurality of users) synchronously on their respective devices.<br><br><br><br>https://www.louper.io/ |



https://www.louper.io/

# Presentation Rooms

Presentation Rooms have the same features and functionality as Livestream Rooms, but without the ability to receive a livestream. Presentation Rooms can be created directly from uploaded files and sent to clients or collaborators for synchronous review of uploaded files.

https://docs.louper.io/using-room/presentation-rooms

But there's more: **Presentation Rooms**. These rooms function like Livestream Rooms but are designed specifically for reviewing uploaded files together, without the option to receive a livestream. They're perfect for collaborative review sessions focused on pre-uploaded video, audio, or image files—and they're not currently billed the same way we bill for Livestream Rooms, so you can create multiple Presentation Rooms as needed.

https://www.louper.io/blog/louper-20-complete-collaboration-dreamed

<table>
<tr>
<td></td>
<td>



**Keep it simple**

Your clients can easily join your room from their phone, tablet or computer. No downloads necessary.

https://www.louper.io/enterprise

ⓘ **NOTE**

You can also join a room as a host by clicking the room link from somewhere else (eg. a browser bookmark, an email). As long as you are logged in and you are the owner of the room you are joining, you will join the room as the host.

https://docs.louper.io/using-room/joining-leaving-room/joining-room-host
</td>
</tr>
<tr>
<td>receiving a playback request, at the processor, from a first user computer, to play the electronic presentation at the information display of the first user computer;</td>
<td>The method discloses receiving a playback request, at the processor, from a first user computer (i.e., user computer or host initiating sharing of uploaded files), to play the electronic presentation (i.e., uploaded video files) at the information display of the first user computer (i.e., user computer or host initiating sharing of uploaded files);

As shown below, the source such as video, audio or image files can be selected and loaded in a room by the host.</td>
</tr>
</table>

# Presentation Rooms

Presentation Rooms have the same features and functionality as Livestream Rooms, but without the ability to receive a livestream. Presentation Rooms can be created directly from uploaded files and sent to clients or collaborators for synchronous review of uploaded files.

https://docs.louper.io/using-room/presentation-rooms



https://www.louper.io/

But there's more: **Presentation Rooms**. These rooms function like Livestream Rooms but are designed specifically for reviewing uploaded files together, without the option to receive a livestream. They're perfect for collaborative review sessions focused on pre-uploaded video, audio, or image files—and they're not currently billed the same way we bill for Livestream Rooms, so you can create multiple Presentation Rooms as needed.

https://www.louper.io/blog/louper-20-complete-collaboration-dreamed

## Selecting a source

The center panel in a room contains the video player. this is where livestreams, video, audio or image files will appear when they are selected. By default, a livestream source will be loaded into the player when you join a Livestream room.

There are two ways to change the source that is loaded - either using the dropdown (and `next` / `previous` buttons) or by opening the Sources right sidebar.

https://docs.louper.io/using-room/player-controls/selecting-sources

| | |
|---|---|
| | **Presenters and Observers**<br><br>Participants in a Louper room with Presenter Permissions enabled are assigned one of two roles: **Presenters** or **Observers**.<br><br>**Only Presenters can:**<br><br>• Change the source.<br><br>• Play, pause, or scrub the timeline of uploaded video and audio file.<br><br>• Adjust the seekbar position.<br><br>• Share their screen.<br><br>https://docs.louper.io/using-room/presenter-permissions<br><br>ⓘ NOTE<br><br>You can also join a room as a host by clicking the room link from somewhere else (eg. a browser bookmark, an email). As long as you are logged in and you are the owner of the room you are joining, you will join the room as the host.<br><br>https://docs.louper.io/using-room/joining-leaving-room/joining-room-host |
| at a selected point in time during the predetermined duration of the playback of the | The method discloses at a selected point in time during the predetermined duration of the playback of the electronic presentation (i.e., uploaded video files), receiving a collaboration request (i.e., default link), at the processor, from the first user computer (i.e., user computer or host initiating sharing of uploaded files), to enter a collaboration |

| | |
|---|---|
| electronic presentation, receiving a collaboration request, at the processor, from the first user computer, to enter a collaboration mode with a second user computer, the second user computer displaying content other than information associated with the selected point in time of the playback of the electronic presentation and the collaboration mode comprising synchronously displaying information associated with the selected point in time of the playback of the electronic presentation as displayed on the information display of the first user computer on an information display of the second user computer; and | mode (i.e., presentation rooms) with a second user (i.e., clients or collaborators or participants) computer (i.e., phone, tablet or computer), the second user (i.e., clients or collaborators or participants) computer (i.e., phone, tablet or computer) displaying content other than information associated with the selected point in time of the playback of the electronic presentation (i.e., uploaded video files) and the collaboration mode (i.e., presentation rooms) comprising synchronously displaying (i.e., synchronous review) information associated with the selected point in time of the playback (i.e., same frame at the same time) of the electronic presentation (i.e., uploaded video files) as displayed on the information display of the first user computer (i.e., user computer or host initiating sharing of uploaded files) on an information display of the second user (i.e., clients or collaborators or participants) computer (i.e., phone, tablet or computer); and<br><br>As shown below, after accepting the shared default link (i.e., collaboration request) clients or collaborators (i.e., second user) can watch the uploaded video files (i.e., playback of the electronic presentation) synchronously in real-time wherein each frame is seen by everyone at the same time. Additionally, the Youtube video demonstration discloses<br><br>Additionally, the YouTube video demonstration discloses clients or collaborators or participants in a presentation room synchronously displaying (i.e., synchronous review) information associated with the selected point in time of the playback (i.e., same frame at the same time) of the electronic presentation (i.e., uploaded video files) as displayed on the first user computer (i.e., user computer or host initiating sharing of uploaded files). |

# Presentation Rooms

Presentation Rooms have the same features and functionality as Livestream Rooms, but without the ability to receive a livestream. Presentation Rooms can be created directly from uploaded files and sent to clients or collaborators for synchronous review of uploaded files.

https://docs.louper.io/using-room/presentation-rooms

# Share room using Default Link

ⓘ **NOTE**

Every room has a default link, which is unchangeable. This link can be shared with people if you want to ensure that they will always be able to access the room (for example, this link can be bookmarked). Use Custom Links to generate temporary or scheduled links.

1. Open your dashboard at app.louper.io

2. Find the room you want to share and click the `Share` button.

3. Click the `Copy` button next to the link to copy only the link, or click the `Copy Invitation` button and share with your team via email, text, Slack etc.

4. To enable passphrase protection for the link, turn on the `Passphrase Enabled` toggle

5. Click the `Copy` button next to the passphrase to copy only the passphrase, or click the `Copy Invitation` button to copy both the link and passphrase

6. To refresh the passphrase at any time, click the `Refresh passphrase` button

https://docs.louper.io/using-room/share-room/default-link



https://youtu.be/-RaDcYe7CfE?si=kXxeCt-hI1KCfEe0



https://www.louper.io/

But there's more: **Presentation Rooms**. These rooms function like Livestream Rooms but are designed specifically for reviewing uploaded files together, without the option to receive a livestream. They're perfect for collaborative review sessions focused on pre-uploaded video, audio, or image files—and they're not currently billed the same way we bill for Livestream Rooms, so you can create multiple Presentation Rooms as needed.

https://www.louper.io/blog/louper-20-complete-collaboration-dreamed



https://youtu.be/YXYHwUGruvE?si=lCaw6cY-us6_0WEB



https://youtu.be/YXYHwUGruvE?si=lCaw6cY-us6_0WEB

https://www.louper.io/enterprise

| | |
|---|---|
| | **ⓘ NOTE**<br><br>You can also join a room as a host by clicking the room link from somewhere else (eg. a browser bookmark, an email). As long as you are logged in and you are the owner of the room you are joining, you will join the room as the host.<br><br>https://docs.louper.io/using-room/joining-leaving-room/joining-room-host |
| in response to an end collaboration request, at the processor, from the first user computer to end the collaboration with the second user computer, terminating the collaboration mode, said terminating including terminating the synchronously displaying of the electronic presentation. | The method discloses that in response to an end collaboration request (i.e., End session for everyone), at the processor, from the first user (i.e., user computer or host initiating sharing of uploaded files) computer to end the collaboration with the second user (i.e., clients or collaborators) computer (i.e., phone, tablet or computer), terminating the collaboration mode, said terminating including terminating the synchronously displaying (i.e., synchronous review) of the electronic presentation (i.e., uploaded files).<br><br>As shown below, after clicking on exit and "End session for everyone" button (i.e., end collaboration request) the host (i.e., first user) can end the call for all participants which are clients or collaborators or participants (i.e., second user). |

## Leaving a room

## Leave room using the exit button

1. At the extreme bottom-right of the room is the exit button. It has a red border. Click it and select  Leave now  to exit the room.

2. You will be taken to a page from where you can rejoin the room.

First user

3. As a host, you have the option to:
   - End the call for all participants ———— Second user
   - Leave the room and set a new host
   - Leave the room without setting a new host

https://docs.louper.io/using-room/joining-leaving-room/leaving-room



https://docs.louper.io/using-room/joining-leaving-room/leaving-room

## Presentation Rooms

Presentation Rooms have the same features and functionality as Livestream Rooms, but without the ability to receive a livestream. Presentation Rooms can be created directly from uploaded files and sent to clients or collaborators for synchronous review of uploaded files.

https://docs.louper.io/using-room/presentation-rooms

## Keep it simple

Your clients can easily join your room from their phone, tablet or computer. No downloads necessary.

https://www.louper.io/enterprise