# Exhibit 4

| US12572265B2 | Louper's Presentation Rooms ("The accused product") |
|---|---|
| **11**. A computer-implemented method for synchronous delivery of a media file to multiple user computers, the method comprising the steps of: | The method discloses a computer-implemented method for synchronous delivery of a media file to multiple user computers. The method comprising the steps of:<br><br>As shown below, the media file (e.g. uploaded file: video, audio, or image file) can be delivered synchronously to multiple user computers (e.g. computers of clients or collaborators) that are participating in a Presentation Room.<br><br><br><br>https://www.louper.io/ |



https://www.louper.io/

## Presentation Rooms

Presentation Rooms have the same features and functionality as Livestream Rooms, but without the ability to receive a livestream. Presentation Rooms can be created directly from uploaded files and sent to clients or collaborators for synchronous review of uploaded files.

| | https://docs.louper.io/using-room/presentation-rooms<br><br>But there's more: **Presentation Rooms**. These rooms function like Livestream Rooms but are designed specifically for reviewing uploaded files together, without the option to receive a livestream. They're perfect for collaborative review sessions focused on pre-uploaded video, audio, or image files—and they're not currently billed the same way we bill for Livestream Rooms, so you can create multiple Presentation Rooms as needed.<br><br>https://www.louper.io/blog/louper-20-complete-collaboration-dreamed |
|---|---|
| displaying content other than the media file on a first information display of a first user computer; | The method discloses displaying content other than the media file on an information display of a first user computer.<br><br>As described below, the first user (e.g. host) can be displaying a browser bookmark or an email having a link to a room, such as a Presentation Room. The browser bookmark or email is not the media file (e.g. uploaded file: video, audio, or image file) to be synchronously delivered to the multiple user computers (e.g. computers of the host, presenters, and observers). |

> ⓘ **NOTE**
>
> You can also join a room as a host by clicking the room link from somewhere else (eg. a browser bookmark, an email). As long as you are logged in and you are the owner of the room you are joining, you will join the room as the host.

https://docs.louper.io/using-room/joining-leaving-room/joining-room-host

## Presenters and Observers

Participants in a Louper room with Presenter Permissions enabled are assigned one of two roles: **Presenters** or **Observers.**

**Only Presenters can:**

- Change the source.
- Play, pause, or scrub the timeline of uploaded video and audio file.
- Adjust the seekbar position.
- Share their screen.

https://docs.louper.io/using-room/presenter-permissions

| | |
|---|---|
| receiving, at the first user computer and from a second user computer, a request to | The method discloses receiving, at the first user computer and from a second user computer, a request to join a synchronous session including the second user computer, wherein the second user computer is separate from the first user computer. |

| join a synchronous session including the second user computer, wherein the second user computer is separate from the first user computer; | As described below, the second user (e.g. a client or guest) can join a synchronous session (e.g. shared displaying of an uploaded media file) via participation in a Presentation Room from the second user's computer (e.g. phone, tablet, or computer), which is separate from the first user's computer.<br><br>**Keep it simple**<br><br>Your clients can easily join your room from their phone, tablet or computer. No downloads necessary.<br><br>https://www.louper.io/enterprise<br><br>When the host of a Presentation Room has the Lobby feature enabled, and the second user is participating in the Presentation Room as a guest, the host receives a request from the second user's computer (e.g. notification that a guest is waiting in the Lobby to be admitted to the Presentation Room) to be admitted into the Presentation Room so as to join a synchronous session (e.g. shared displaying of an uploaded media file). |

# Joining a room as a guest

When you are invited to a Louper room, the host will share the room link and, if enabled, the room passphrase with you (this can be via email or message).

In order to join the room:

1. Click the room link. The link will open in your web browser. Whilst we support all browsers, Chrome is recommended for best performance.

2. If the room has a passphrase enabled, copy the passphrase from the invitation message and paste it into the Room Passphrase field.

3. If the room has video or voice chat enabled (most rooms do), you will be prompted by your browser for access to your webcam and / or microphone. Click 'allow' when prompted.

4. You will see a preview of your webcam (if video chat is enabled) and below it, dropdowns to select different webcam and microphone devices.

5. Ensure that the correct webcam and microphone devices are selected.

6. Ensure that the microphone level indicator moves when you speak.

7. When ready, click `Go!` and you will join the room. Note that if the host has enabled the Lobby (waiting room), you will only join the room once the host has admitted you.

https://docs.louper.io/using-room/joining-leaving-room/joining-room-guest

Additionally, guests waiting in the Lobby to be admitted into a Presentation Room can activate features (e.g. ) on the Host's dashboard to request admission into the Presentation Room.

[https://docs.louper.io/release-notes](https://docs.louper.io/release-notes)

| receiving, at a user interface of the first user computer, an indication of acceptance of the request to join the synchronous session; | The method discloses receiving, at a user interface of the first user computer, an indication of acceptance of the request to join the synchronous session.

As shown below, after the first user (host) has accepted the request of the second user (e.g. guest) to be admitted into the Presentation Room so as to join the synchronous session of the shared displaying of an uploaded media file, the second user's icon (e.g. picture and name) is added to the list of participants of the Presentation Room that is displayed on the user interface of the first user compute (e.g. host's computer). |

# Joining a room as a guest

When you are invited to a Louper room, the host will share the room link and, if enabled, the room passphrase with you (this can be via email or message).

In order to join the room:

1. Click the room link. The link will open in your web browser. Whilst we support all browsers, Chrome is recommended for best performance.

2. If the room has a passphrase enabled, copy the passphrase from the invitation message and paste it into the Room Passphrase field.

3. If the room has video or voice chat enabled (most rooms do), you will be prompted by your browser for access to your webcam and / or microphone. Click 'allow' when prompted.

4. You will see a preview of your webcam (if video chat is enabled) and below it, dropdowns to select different webcam and microphone devices.

5. Ensure that the correct webcam and microphone devices are selected.

6. Ensure that the microphone level indicator moves when you speak.

7. When ready, click `Go!` and you will join the room. Note that if the host has enabled the Lobby (waiting room), you will only join the room once the host has admitted you.

https://docs.louper.io/using-room/joining-leaving-room/joining-room-guest



https://www.louper.io/



**Louper | Full Demo Film**

https://www.youtube.com/watch?v=YXYHwUGruvE

| in response to receiving the indication of acceptance, entering, by the first user computer, the synchronous session, the synchronous | The method discloses that in response to receiving the indication of acceptance, entering, by the first user computer, the synchronous session, the synchronous session comprising synchronously displaying at least a portion of the media file at the first information display and a second information display of the second user computer.<br><br>As shown below, after the second user's icon (e.g. picture and name) is added to the list of participants of the Presentation Room (sidebar of the dashboard displayed on the |

| | |
|---|---|
| session comprising synchronously displaying at least a portion of the media file at the first information display and a second information display of the second user computer; | host's user interface) the host enters the synchronous session by starting shared playback of the uploaded media file which is simultaneously displayed on information displays (e.g. computer displays and Louper dashboards) of the first user computer (e.g. host's computer) and second user computer (e.g. guest's computer).<br><br><br><br>https://www.louper.io/ |



https://youtu.be/YXYHwUGruvE?si=lCaw6cY-us6_0WEB



First user

synchronously displaying information associated with the selected point in time of the playback of the electronic presentation to second user

As your participants join a session, they appear in the room with video and audio chat.

https://youtu.be/YXYHwUGruvE?si=lCaw6cY-us6_0WEB

| and terminating the synchronous session by at least terminating the synchronously displaying of the at least a portion of the media file at the first user computer and the | The method discloses terminating the synchronous session by at least terminating the synchronously displaying of the at least a portion of the media file at the first user computer and the second user computer.<br><br>As shown below, after clicking on the exit button and selecting the option "End session for everyone" the first user (e.g. host) can end the synchronous displaying of the media file at the respective computers of the first and second user (e.g. all participants which are clients or collaborators or participants). |
| --- | --- |

| | |
|---|---|
| second user computer. | **Leaving a room**<br><br>**Leave room using the exit button**<br><br>1  At the extreme bottom-right of the room is the exit button. It has a red border. Click it and select  Leave now  to exit the room.<br><br>2  You will be taken to a page from where you can rejoin the room.<br><br>3  As a host, you have the option to:  [First user]<br><br>   ○  End the call for all participants  ——— [Second user]<br><br>   ○  Leave the room and set a new host<br><br>   ○  Leave the room without setting a new host<br><br>https://docs.louper.io/using-room/joining-leaving-room/leaving-room |



https://docs.louper.io/using-room/joining-leaving-room/leaving-room